# UNITED STATES DISTRICT COURT
## Central District of California

CORRECTED
**BILL OF COSTS**

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, etc.

V.

COVENANT SERVICES INCORPORATED, a California corporation, also dba COVENENT, SVC; etc. et al

Case Number: CV08-00510 SVW (JCx)

COVENANT SERVICES INCORPORATED, a California corporation, also doing business as COVENANT SVC

Judgment having been entered in the above entitled action on ___8/19/2008___ against _____,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk ......................... | See Exhibit "1" | $ 350.00 |
| Fees for service of summons and subpoena ..... | See Exhibit "2" and "3" | 150.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation .......... | | 0.00 |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) ..................... | | 0.00 |
| Fees and disbursements for printing ............ (The costs of copies of an exhibit attached to a document necessarily filed and served.) | | 0.00 |
| Fees for witnesses (itemize on page 2 of 3) ............ | | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | | 0.00 |
| Docket fees under 28 U.S.C. 1923 (if incurred) ............ | | 0.00 |
| Costs as shown on Mandate of Court of Appeals ............ | | 0.00 |
| Compensation of court-appointed experts ............ | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | 0.00 |
| Other costs to be taxed pursuant to prior Court approval (please itemize) ............ | | 0.00 |
| | TOTAL $ | 500.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service by e-mail as set forth below and/or.
☒ Conventional service by first class mail, postage prepaid as set forth below.

Covenant Services, Incorporated
20071 Glendale Avenue, #B
Lemoore, CA 93246

s/ Attorney: _____

Name of Attorney: MARSHA M. HAMASAKI of REICH, ADELL & CVITAN

Costs are taxed in the amount of ___$500.00___

| | | |
|---|---|---|
| Sherri R Carter | By: Phyllis Lopez | 8/19/2008 |
| Clerk of Court | Deputy Clerk | Date |

WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

SPECIAL NOTE: An itemization and documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties. The claiming party shall ensure that any receipts are self-explanatory (i.e. receipts for service, to include the name of the individual). The Clerk's designee will disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

### Amended Procedure for Filing Bill of Costs

Local Rule 54-3 - Within (15) days after entry of judgment, the party entitled to costs shall file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs on Form CV-59. The Bill of Costs and the Notice of Application to the Clerk to Tax Costs shall be prepared as two separate documents. All costs shall be specified so that the nature of the claim can be readily understood. The Bill of Costs will be electronically filed by the Clerk's designee once determination of allowable costs are made.

### Appearance Requirements

Local Rule 54-3.2 - Time of Application - The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties. If no objections to the Bill of Costs are filed, then no appearance by counsel is required. In the absence of an objection, any item listed will be taxed as allowed under Local Rule 54. When an objection is filed, the Clerk's designee may determine that no hearing is required and the parties will be so notified. If a hearing is to be held, the Clerk's designee may specify the form of the hearing and determine if telephonic appearances are appropriate.

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

EXHIBIT "1"

```
           CLERK'S OFFICE U.S.D.C.
                 LOS ANGELES
1/25/2008 3:37:10 PM  Receipt #: 103767
        Cashier : DBAYSA [LA 1-1]
Paid by: REICH ADELL AND  CVITAN
2:CV08-00510
2008-086900        5 - Civil Filing Fee(1)
Amount :                          $60.00

2:CV08-00510
2008-510000       11 - Special Fund F/F(1)
Amount :                         $190.00

2:CV08-00510
2008-086400       Filing Fee - Special(1)
Amount :                         $100.00
----------------------------------------
Check Payment : 1236 /           350.00
----------------------------------------
Total Payment :                  350.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

EXHIBIT 1 PAGE 4

EXHIBIT 2

Debra S. Goldberg SBN: 143523
Reich, Adell & Cvitan, a PLC
3550 Wilshire Blvd Suite 2000
Los Angeles, CA 90010
(213) 386-3860

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Plaintiff(s) | CASE NUMBER: |
|---|---|
| Construction Laborers Trust Funds for Southern California Administrative Company, etc. | CV08-00510 SVW (JCx) |
| v. | |
| Defendant(s) | PROOF OF SERVICE |
| Covenant Services Incorporated, etc. | SUMMONS AND COMPLAINT |
| | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (specify documents):

   a. [X] summons    [X] complaint    [ ] alias summons    [ ] first ammended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other (specify): **Notice of Assignment to United States Magistrate Judge for Discovery; United States District Court Central District of California Civility and Professionalism Guidelines; United States District Court of California Clerk's Office Service for Attorneys and the General Public; Notice to Counsel; Civil Cover Sheet; Plaintiff's Certification as to Interested Parties; Blank Optical Scanning Enrollment/Update Form;New Case Order**

2. **Person served:**

   a. [X] Defendant (name:) **Covenant Services Incorporated, a California corporation, also doing business as Covenant Svc**
   b. [X] Other (specify name and title or relationship to the party/business named):
   **Virginia Villa - Person authorized to accept service of process**
   c. [X] Address where the papers were served: **20071 Glendale Ave., #B
   Lemoore, CA 93245**

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):

   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] Papers were served on (date):  at (time):

   b. [X] By **Substituted Service**. By leaving copies with: **Lee Villa - Person apparently in charge**

      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [X] (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [X] Papers were served on (date): **02/13/2008** at (time): **12:00 pm**
      4. [X] by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [X] papers were mailed on (date): **03/04/2008**
      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)

EXHIBIT 2 PAGE 5

PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☒ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*         at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   **Louis Vallejo**
   **All-N-One Legal Support**
   **1545 Wilshire Blvd., Suite 715**
   **Los Angeles, CA 90017**
   **(213) 202-3990**

   a. Fee for service: $ **75.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration #: **S199815**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 6, 2008**     **Louis Vallejo**
                            *Type or Print Server's Name*                        *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                    PAGE 2

EXHIBIT 2 PAGE 6                                                                                3065306

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Debra S. Goldberg  SBN: 143523 <br> Reich, Adell & Cvitan, a PLC <br> 3550 Wilshire Blvd Suite 2000 Los Angeles, CA 90010 | | |
| TELEPHONE NO.: (213) 386-3860  FAX NO.: (213) 386-5583 | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): plaintiff | | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 312 N. SPRING ST. #G-8
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: WESTERN DIVISION

PLAINTIFF/PETITIONER: **Construction Laborers Trust Funds for Southern California Administrative Company, etc.**

DEFENDANT/RESPONDENT: **Covenant Services Incorporated, etc.**

| PROOF OF SERVICE BY MAIL | CASE NUMBER: <br> CV08-00510 SVW (JCx) |
|---|---|

I am a citizen of the United States and employed in the County of , State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Suite 715, Los Angeles, CA 90017.

On March 4, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> summons; complaint; Notice of Assignment to United States Magistrate Judge for Discovery; United States District Court Central District of California Civility and Professionalism Guidelines; United States District Court of California Clerk's Office Service for Attorneys and the General Public; Notice to Counsel; Civil Cover Sheet; Plaintiff's Certification as to Interested Parties; Blank Optical Scanning Enrollment/Update Form; New Case Order

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

> **Covenant Services Incorporated, a California corporation, also doing business as Covenant Svc**
> 20071 Glendale Ave. #B
> Lemoore, CA 93245

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, CA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 75.00
   County:
   Registration No.:
   All-N-One Legal Support, Inc.
   1545 Wilshire Blvd., Suite 715
   Los Angeles, CA 90017
   (213) 202-3990

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 6, 2008.

Signature: _Peggy Wesley_
Peggy Wesley

PROOF OF SERVICE BY MAIL    EXHIBIT 2 PAGE 7
Order# 3065306/GProof5us

EXHIBIT 3

Marsha M. Hamasaki SBN: 102720
Reich, Adell & Cvitan, a PLC
3550 Wilshire Blvd Suite 2000
Los Angeles, CA 90010
(213) 386-3860

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Plaintiff(s)<br>**Construction Laborers Trust Funds for Southern California Administrative Company, etc.**<br>v.<br>**Covenant Services Incorporated, etc., et al.** Defendant(s) | CASE NUMBER:<br>CV08-00510 SVW (JCx)<br><br>Amended **PROOF OF SERVICE SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons ☐ complaint ☐ alias summons ☒ first ammended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify)*: **Summons on First Amended Complaint; Plaintiff's Certification as to Interested Parties on First Amended Complaint**

2. **Person served:**

   a. ☒ Defendant *(name:)* **Covenant Services Incorporated, a California corporation, also doing business as Covenant SVC**

   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   **Virginia Villa - Authorized Agent to Accept Service of Process**

   c. ☒ Address where the papers were served: **20071 Glendale Avenue, #B
   Lemoore, CA 93245**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☒ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ **Papers were served on** *(date)*: **05/07/2008** at *(time)*: **04:25 pm**

   b. ☐ By **Substituted Service.** By leaving copies with:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: at *(time)*:

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on** *(date)*:

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

Amended   PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                              PAGE 1

EXHIBIT 3  PAGE 8                                                                                         CV-1/0114955

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☒ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

  a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*      at *(time):*

  b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

  c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   Louis Vallejo
   All-N-One Legal Support
   1545 Wilshire Blvd., Suite 715
   Los Angeles, CA 90017
   (213) 202-3990

   a. Fee for service: $ 75.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration #: S199815

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 14, 2008     **Louis Vallejo**                         *(Signature)*
                       Type or Print Server's Name

---

Amended     PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                      PAGE 2
                                                                  0114955

EXHIBIT 3 PAGE 9